**Order entered April 3, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00613-CV

**ENVISION REALTY GROUP, LLC AND JACKSON POTTER, AND THEIR ATTORNEY DAVID J. POTTER, Appellants**

**V.**

**CHUAN C. CHEN, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16534-G**

## ORDER

Before the Court is appellants' unopposed motion for leave to file substituted original brief to correct erroneous index of authorities. We **GRANT** the motion and **ORDER** the brief received April 1, 2019 filed as of the date of this order.

/s/    BILL WHITEHILL
       JUSTICE